# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0175.  TROY LEE CARTER v. THE STATE.**

Troy Lee Carter has filed an application for discretionary appeal, seeking review of the trial court's order denying his motion to modify sentence.  There is no provision of OCGA § 5-6-35 (a) that requires an application for discretionary appeal from a trial court's order denying a motion to modify a sentence.[1] If an applicant applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  Carter shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/09/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*

---

[1] An application is not required under the Prison Litigation Reform Act of 1996 because this is not a civil matter.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997);  OCGA § 42-12-1 et seq.